UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
                                   )    CASE NO. *07-236-m*
      vs.                          )
                                   )
   *Christopher Ewell*             )
                                   )
            Defendant.             )

## O R D E R

The financial inability of the defendant to retain counsel

having been established by the Court, and the defendant not

having waived the appointment of counsel,

It is on this **27th** day of **NOVEMBER, 2007,**

ORDERED that **Edson A. Bostic, Esq.,** from the Office of the

Federal Public Defender for the District of Delaware is hereby

appointed to represent said defendant in the cause until further

order of the Court.

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

NOV 2 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE